CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

DENISE N. YASINOW (NYBN 5593819)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6953
    FAX: (415) 436-7234
    Denise.yasinow@usdoj.gov

Attorneys for United States of America

FILED

Mar 17 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRUCE CHOI,<br><br>    Defendant. | CASE NO. 3:26-mj-70276 MAG<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on March 17, 2026, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

☒    Indictment

☐    Information

☐    Criminal Complaint

☐    Other (describe) _____

pending in the Central District of California, Case Number 2:25-cr-00799-MWC.

In that case (copy of indictment attached), the defendant is charged with violations of Title 18 United States Code, Sections 1343 (wire fraud affecting a financial institution) and 1957 (transactional

v. 8/29/2025

money laundering).  The defendant also faces two criminal forfeiture allegations under Title 18 United States Code Sections 982(a)(2) and 982(a)(1).

**Description of Charges:**

**Counts 1 through 4: 18 U.S.C. § 1343—Wire Fraud Affecting a Financial Institution**

Beginning no later than on or about May 4, 2020, and continuing through at least on or about December 16, 2024, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHOI, knowingly and with the intent to defraud, devised, participated in, and executed a scheme, affecting a financial institution, to defraud the SBA and financial institutions as to material matters, and to obtain money and property by means of material false and fraudulent pretenses, representations, promises.

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, for the purpose of executing the scheme to defraud described above, defendant CHOI transmitted and caused the transmission of the following items by means of wire communications in interstate commerce:

| COUNT | DATE | ITEM TRANSMITTED BY WIRE |
|---|---|---|
| ONE | 04/10/2020 | Online submission of EIDL application under the business name "Bruce" |
| TWO | 05/04/2020 | Online submission of PPP Borrower Application Form for Premier Republic |
| THREE | 05/05/2020 | Deposit of $10,000 from the United States Treasury |
| FOUR | 05/15/2020 | Deposit of $1,995,000 from the Victim Lender to the Chase Account |

**Count 5: 18 U.S.C. § 1957—Transactional Money Laundering**

On or about October 29, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant CHOI, knowing that the property involved represented the proceeds of some form of unlawful activity, knowingly engaged in a monetary transaction in criminally derived property of a value greater than $10,000, namely, a wire transfer of $50,000 from the Chase Account to the Kraken Account, which property, in fact, was derived from specified unlawful activity, namely, wire fraud, in violation of Title 18, United States Code, Section 1343.

**Forfeiture Allegations 1 and 2: 18 U.S.C. § 982(a)(1), (2)—Criminal Forfeiture**

Th United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(2), in the event of defendant BRUCE CHOI's conviction of the offenses set forth in any of Counts One through Four of this Indictment.  The United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(1) in the event of defendant BRUCE CHOI's conviction of the offense set forth in Count Five of this Indictment.

**The maximum penalties are as follows:**

**Counts 1 through 4: 18 U.S.C. § 1343—Wire Fraud Affecting a Financial Institution**

| | |
|---|---|
| Maximum Prison Term: | 30 years per count |
| Maximum Fine: | $1,000,000 per count |
| Maximum Supervised Release Term: | 5 years |
| Mandatory Special Assessment: | $100 per count |
| Forfeiture | |

**Count 5: 18 U.S.C. § 1957—Transactional Money Laundering**

| | |
|---|---|
| Maximum Prison Term: | 10 years |
| Maximum Fine: | $250,000 or twice amount of the criminally deprived property |
| Maximum Supervised Release Term: | 3 years |
| Mandatory Special Assessment: | $100 |
| Forfeiture | |

Respectfully Submitted,

CRAIG H. MISSAKIAN
UNITED STATES ATTORNEY

Date: March 17, 2026

*/s/ Denise N. Yasinow*
 DENISE N. YASINOW
Assistant United States Attorney

v. 8/29/2025